FILED

JAN 21 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**United States of America** §
§
**vs.** § **Criminal No. SA:26-M -00081(1)**
§
**(1) Maria Del Rosario Navarro Sanchez** § *Ref: EP:23-CR-1842*

**ORDER OF REMOVAL**

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

**(1) Maria Del Rosario Navarro Sanchez** ,charged in a proceeding pending in the **Western District of Texas - El Paso** DIVISION for: **Indictment** and having been arrested in the San Antonio Division.

YOU ARE HEREBY COMMANDED to remove (1) Maria Del Rosario Navarro Sanchez **forthwith** to the **Western District of Texas - El Paso** DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

ORDERED on **21st day of January, 2026**.

**ELIZABETH S. ("BETSY") CHESTNEY**
**UNITED STATES MAGISTRATE JUDGE**